UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Eriksen Raul Leiva,<br><br>      Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>      Respondents | 2:15-cv-01265-JAD-PAL<br><br>**Order Granting Motion For Enlargement of Time**<br><br>[ECF No. 6] |

Respondents request a 45-day enlargement of time to respond to Leiva's petition for writ of habeas corpus. Because this is respondents' first request for an extension and the request is made in good faith, I grant respondents' request. **Respondents must respond to Leiva's petition by June 24, 2016. Leiva will then have 45 days from the date of service of the answer, motion to dismiss, or other response to file a reply.**

Dated this 16th day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge